| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| Southern District of New York |
| Case number (*If known*): 19-_____ Chapter 15 |

☐ Check if this is an amended filing

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding   12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

**1. Debtor's name**  Odebrecht S.A.

**2. Debtor's unique identifier**

For non-individual debtors:
- ☐ Federal Employer Identification Number (EIN)  ___ ___ – ___ ___ ___ ___ ___ ___
- ☑ Other  05.144.757/0001-72 . Describe identifier  Brazilian tax number .

For individual debtors:
- ☐ Social Security number:   xxx – xx– ____ ____ ____ ____
- ☐ Individual Taxpayer Identification number (ITIN):  **9** xx – xx – ____ ____ ____ ____
- ☐ Other _____. Describe identifier _____.

**3. Name of foreign representative(s)**  Marcelo Rossini

**4. Foreign proceeding in which appointment of the foreign representative(s) occurred**  N/A - Foreign representative was appointed by board of directors through resolution.

**5. Nature of the foreign proceeding**

*Check one:*
- ☑ Foreign main proceeding
- ☐ Foreign nonmain proceeding
- ☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding

**6. Evidence of the foreign proceeding**
- ☐ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.
- ☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.
- ☑ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.
  A certified copy, translated into English, of the decision commencing the foreign proceeding is attached.
  A copy, translated into English, of the board of directors' resolution to appoint the foreign representative is attached.

**7. Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**
- ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)
- ☑ Yes  (The Brazilian Proceeding Case Number is: 057756-77.2019.8.26.0100)

Debtor  Odebrecht S.A.
        Name

Case number (*if known*) 19-

8. **Others entitled to notice**   Attach a list containing the names and addresses of:

   (i) all persons or bodies authorized to administer foreign proceedings of the debtor,

   (ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

   (iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

9. **Addresses**

   **Country where the debtor has the center of its main interests:**

   Brazil

   **Debtor's registered office:**

   Avenida Luís Viana, 2841 Ed. Odebrecht, Paralela
   Number        Street

   _____
   P.O. Box

   Salvador, State of Bahia CEP 41.730-900
   City         State/Province/Region    ZIP/Postal Code

   Brazil
   Country

   **Individual debtor's habitual residence:**

   _____
   Number        Street

   _____
   P.O. Box

   _____
   City         State/Province/Region    ZIP/Postal Code

   _____
   Country

   **Address of foreign representative(s):**

   Rua Lemos Monteiro, 120, 16º andar
   Number        Street

   _____
   P.O. Box

   Butantã, São Paulo – SP CEP 05501-050
   City         State/Province/Region    ZIP/Postal Code

   Brazil
   Country

10. **Debtor's website** (URL)    https://www.odebrecht.com/en/home

11. **Type of debtor**

    *Check one:*

    ☑ Non-individual (*check one*):

    ☑ Corporation.  Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

    ☐ Partnership

    ☐ Other.  Specify: _____

    ☐ Individual

Debtor  Odebrecht S.A.
      Name

Case number *(if known)* 19-_____

**12. Why is venue proper in *this district*?**

Check one:

☑ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:
_____.

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:
_____.

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✗ /s/ Marcelo Rossini                                    Marcelo Rossini
Signature of foreign representative                     Printed name

Executed on  08/23/2019
      MM / DD / YYYY

✗ _____                             _____
Signature of foreign representative                     Printed name

Executed on  _____
      MM / DD / YYYY

**14. Signature of attorney**

✗ /s/ Luke A. Barefoot                                   Date  08/26/2019
Signature of Attorney for foreign representative              MM / DD / YYYY

Luke A. Barefoot
Printed name

Cleary Gottlieb Steen & Hamilton LLP
Firm name

One Liberty Plaza
Number        Street

New York                                        NY          10006
City                                            State       ZIP Code

(212) 225-2000                                  lbarefoot@cgsh.com
Contact phone                                   Email address

4298089                                         NY
Bar number                                      State