**Hearing Date and Time: March 17, 2021 at 10:00 a.m. (ET)**
**Objection Deadline: March 8, 2021 at 4:00 p.m. (ET)**

Richard J. Cooper
Luke A. Barefoot
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: 212-225-2000
Facsimile: 212-225-3999

*Attorneys for the Foreign Representative*
*of Novonor S.A. – Em Recuperação Judicial*
*(f/k/a Odebrecht S.A. – Em Recuperação Judicial)*
*and its affiliated debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| Odebrecht S.A., *et al.*,[1] | Case No. 19-12731 (MEW) |
| Debtors in a Foreign Proceeding | (Jointly Administered) |

**NOTICE OF HEARING ON MOTION**
**FOR ORDER TO AMEND THE CAPTION OF THE DEBTORS' CASES**
**PURSUANT TO 11 U.S.C. §§ 105(a); FED. R. BANKR. P. 1005, 2002(m), AND 2002(n)**

**PLEASE TAKE NOTICE** that on February 22, 2021, Marcelo Rossini, the foreign representative (the "Petitioner" or the "Foreign Representative") in the jointly-administered judicial reorganization (*recuperação judicial* or "RJ") proceeding of Odebrecht S.A. – Em Recuperação Judicial ("ODB") and its affiliated debtors pending in the First Court of Bankruptcy and Judicial Recovery of the State of São Paulo pursuant to Federal Law No. 11.101 of February 9, 2005 of the laws of the Federative Republic of Brazil, by and through his undersigned counsel, respectfully submitted the *Motion for Order to Amend the Caption of the Debtors' Cases Pursuant To 11 U.S.C. §§ 105(a); Fed. R. Bankr. P. 1005, 2002(m), and 2002(n)*, ECF No. 42 (the "Motion") requesting the Court change the case caption in the Chapter

---

[1]    The Debtors in the above-captioned jointly administered chapter 15 cases (the "Chapter 15 Cases") and the last four identifying digits of the tax number in the jurisdiction are: Odebrecht S.A., (Brazil – 01-72); Odebrecht Participações e Investimentos S.A., (Brazil – 01-00); Odebrecht Finance Ltd., (Cayman – 1323); and ODB International Corporation (Nassau - 8020 B).

15 Cases to account for ODB's name having been changed to Novonor S.A. – Em Recuperação Judicial.

   **PLEASE TAKE FURTHER NOTICE** the Bankruptcy Court has scheduled a hearing (the "Hearing") to consider the relief requested in the Motion for **March 17, 2021 at 10:00 a.m. (Prevailing Eastern Time).**

   **PLEASE TAKE FURTHER NOTICE** that in light of the COVID-19 pandemic and the Court's General Order M-543 ("General Order M-543"), dated March 20, 2020, the Hearing will only be conducted telephonically. Parties wishing to participate in the Hearing must make arrangements through CourtSolutions LLC. Instructions to register for CourtSolutions LLC are attached to General Order M-543.

   **PLEASE TAKE FURTHER NOTICE** copies of the Motion and all accompanying documentation are available to parties in interest on the Bankruptcy Court's Electronic Case Filing System, which can be accessed from the Bankruptcy Court's website at http://www.nysb.uscourts.gov (a PACER login and password are required to retrieve a document).

   **PLEASE TAKE FURTHER NOTICE** that any objection or response to the Motion shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, shall be filed with the Bankruptcy Court by March 8, 2021 at 4:00 p.m. (Prevailing Eastern Time) (a) by attorneys practicing in the Bankruptcy Court, including attorneys admitted pro hac vice, electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov), and (b) by all other parties in interest, on a CD-ROM, in text- searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and shall be served in accordance upon Cleary Gottlieb Steen & Hamilton (Attn: Richard Cooper, Esq. and Luke Barefoot, Esq.), counsel to the Petition.

   **PLEASE TAKE FURTHER NOTICE** that the Hearing may affect your rights. Please read the Motion carefully and, if you have one available, discuss it with your attorney.  (If you do not have an attorney, you should consider consulting with one.)

   **PLEASE TAKE FURTHER NOTICE** that if you oppose the relief requested in the Motion, or if you want the Court to hear your position on the Motion, then you or your attorney must attend the Hearing.  If you or your attorney do not follow the foregoing steps, the Court may decide that you do not oppose the relief requested in the Motion and may enter orders granting the relief requested by the Debtors.

   **PLEASE TAKE FURTHER NOTICE** that the Hearing may be adjourned from time to time without further notice other than an announcement in open court, or a notice of adjournment filed with the Court, of the adjourned date or dates at the hearing or any other further adjourned hearing.

*[Remainder of Page Left Intentionally Blank]*

Dated:    February 22, 2021
            New York, New York

*/s/ Luke A. Barefoot*
Richard J. Cooper
Luke A. Barefoot
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Attorneys for the Foreign Representative
of Novonor S.A. – Em Recuperação Judicial
(f/k/a Odebrecht S.A. – Em Recuperação Judicial)
 and its affiliated debtors*